# DILKS & KNOPIK, LLC

"When Success Matters"

April 10, 2008

US Bankruptcy Court
Northern District of Georgia
Attn: Financial Administrator
75 Spring Street SW
Atlanta, Georgia 30303

**FILED**
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

APR 17 2008 PM 2:43

W. YVONNE EVANS
CLERK

BY: _____
Deputy Clerk

RE: Order on Application of Resurgent Capital Services, LP for Disbursement of Unclaimed Funds of Citifinancial

Creditor: Citifinancial
Applicant: Resurgent Capital Services, LP
Amount: $749.61
Debtor: James Voss
Case No. 00-50976

Dear Clerk of Court:

I am in receipt of the Order on Application of Resurgent Capital Services, LP regarding the hearing that is scheduled for May 13, 2008 at 11:00 o'clock a.m. in Courtroom 1401, US Courthouse, 75 Spring Street SW, Atlanta, GA.

Alas, there is no further documentation that can be provided to prove Resurgent Capital Services, LP has authority to collect the unclaimed funds other than those documents already on file with the Court. Furthermore, due to the small sum of the unclaimed funds, it is not cost effective for Dilks & Knopik, LLC, a company located in Washington State, to attend the scheduled hearing. Dilks & Knopik, LLC is Withdrawing its Application filed on behalf of Resurgent Capital Services for the above mentioned funds as no further information can be provided.

Thank you for your attention to this matter.

Sincerely,

Brian J. Dilks
Managing Member

Received in U.S. Mail
Rome, Ga.

APR 1 8 2008

By: _____
W. Yvonne Evans, Clerk
Deputy Clerk

CC: Financial

28431 SE Preston Way    |    Phone (425) 836-5728
PO Box 2728                    |    Fax     (425) 650-9930
Issaquah, WA 98027        |    Email  admin@dilksknopik.com

www.dilksknopik.com